No. 3109. FULLADOSA, APPELLEE, *v.* CASTRO, APPELLANT.—

District Court of Humacao. Decided July 26, 1923. Dis-
missed on motion of the appellee after hearing both parties,
for the reasons stated in the opinion in *Díaz* v. *Porto Rico
Railway, Light & Power Co., ante,* page 89.